Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*June 28, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. |
| BRADLEY HALL<br>Defendant. | § | UNDER SEAL |

**INDICTMENT**            **4:22-cr-291**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

**(Possession with Intent to Deliver a Controlled Substance)**

On or about March 22, 2022, in the Southern District of Texas,

**BRADLEY HALL**

Aiding others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL:

*Original Signature on File*

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

By:  *Lisa M. Collins*
LISA M. COLLINS
Assistant United States Attorney

1